UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DISTRICT

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-00118 |
| | ) | Judge Sharp |
| MICHAEL MANCIL BROWN | ) | |

**ORDER**

Defendant has filed a Motion to Suppress Evidence (Docket No. 26), to which the Government has responded in opposition (Docket No. 30). Within twenty (20) days of the date of entry of this Order, Defendant may file a reply brief specifically focusing on Defendant's request for a Franks hearing and the Government's opposition thereto.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE