

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DISTRICT

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:13-00118 |
| | ) | JUDGE SHARP |
| MICHAEL MANCIL BROWN, | ) | |

MOTION OF THE UNITED STATES FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL

Comes now the United States of America by and through the Assistant Attorney General for the United States Department of Justice, and respectfully moves the Court for leave to file under seal copies of the two search warrant applications and search warrants relating to the 2009 searches of the residence of defendant Brown and the office of "Insurance Agent B," as directed by the Order entered by the Court on August 14, 2014 (Docket Entry # 61). The names of entities and individuals not associated with the defendant and not law enforcement officials have been redacted as contemplated in the Court's Order.