UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00118-1 |
| | ) | JUDGE SHARP |
| MICHAEL M. BROWN | ) | |

### DEFENDANT'S MOTION TO CONTINUE DEADLINE TO RESPOND TO MOTION IN LIMINE

Defendant Michael Brown respectfully moves to continue his deadline to respond to the government's motion in limine to present under Rule 404(b) evidence relating to the Company A matter of 2009. (D.E. 51.) Brown's deadline is currently today since the current trial date is September 16. It appears inevitable, however, that the trial will be continued. Brown respectfully requests that his deadline to respond to the government's motion be set for whenever responses to other motions in limine are ultimately due.

Respectfully submitted,

  s/ *Michael C. Holley*
MICHAEL C. HOLLEY (BPR# 021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: michael_holley@fd.org

Attorney for Michael M. Brown

### CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2014, I electronically filed the foregoing Defendant's Motion to Continue Deadline to Respond to Motion in Limine with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Byron M. Jones, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

  s/ *Michael C. Holley*
MICHAEL C. HOLLEY