UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00118 |
| | ) | Judge Sharp |
| MICHAEL MANCIL BROWN | ) | |

**ORDER**

Defendant Michael Mancil Brown's Motion to Suppress Evidence (Docket No. 26) and incorporated request for a Franks hearing is hereby DENIED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE