UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:13-00118 |
| | ) | JUDGE SHARP |
| MICHAEL MANCIL BROWN | ) | |

## O R D E R

At the June 22, 2015 hearing on Defendant's Motion to Continue Trial (Docket No. 118), Defendant's counsel also requested to withdraw from this case. Defendant has filed a Waiver of Speedy Trial. Both motions were GRANTED.

The trial scheduled for June 23, 2015, is hereby continued to be reset at a later date.

Attorneys Michael C. Holley and Isaiah S. Gant are hereby allowed to withdraw from this matter and the Federal Public Defender's Office shall appoint new counsel.

A status conference in this matter is hereby scheduled for Monday, August 10, 2015, at 10:00 a.m. to discuss a future trial date.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE